

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

George Alcala Gonzales,                    * From the 32nd District Court
                                             of Nolan County,
                                             Trial Court No. 12300.

Vs. No. 11-18-00099-CR                     * November 15, 2018

The State of Texas,                        * Per Curiam Memorandum Opinion
                                             (Panel consists of: Bailey, C.J.,
                                             Willson, J., and Wright, S.C.J.,
                                             sitting by assignment)
                                             (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the $1,000 fine and affirm the judgment as modified.